# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–23364–bam</u>
Chapter 7

In re: (Name of Debtor)
   RICHARD BUXTON                           MARGARET BUXTON
   1891 BOVA MATRINA COURT         1891 BOVA MATRINA COURT
   LAS VEGAS, NV 89123                LAS VEGAS, NV 89123

Social Security No.:
   xxx–xx–9563                                    xxx–xx–5979

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/25/10                                  BY THE COURT

                                                     *Mary A. Schott*

                                                     Mary A. Schott
                                                     Clerk of the Bankruptcy Court